UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | ) 1:06-cv-1622-OWW-SMS |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE<br>) A COMPLETED APPLICATION TO<br>) PROCEED IN FORMA PAUPERIS OR PAY |
| v. | ) THE $350.00 FILING FEE WITHIN<br>) THIRTY DAYS OF THE DATE OF |
| MARY ALLHISER, Et al., | ) SERVICE OF THIS ORDER |
| Defendants. | ) ORDER DIRECTING THE CLERK TO SEND<br>) TO PLAINTIFF A BLANK IN FORMA<br>) PAUPERIS APPLICATION FOR A PERSON<br>) IN CUSTODY |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

The complaint was filed on November 14, 2006. However, Plaintiff has neither paid the $350.00 filing fee[1] nor submitted an application to proceed in forma pauperis.

Plaintiff is required to submit an original, signed

---

[1] The filing fee for civil actions is $350.00. 28 U.S.C. § 1914, as amended effective April 8, 2006. Pub. L. 109-171, 120 Stat. 4, February 8, 2006.

1

1 application to proceed in forma pauperis accompanied by a prison
2 trust account statement that includes the entire six-month period
3 immediately preceding the filing of the complaint. See 28 U.S.C.
4 § 1915(a)(2). Plaintiff will be provided the opportunity either
5 to pay the $350.00 filing fee or submit a completed application,
6 with a signed certificate, and an original certified copy of his
7 trust account statement covering the full six-month period in
8 support of his request to proceed in forma pauperis.

      Accordingly, IT IS ORDERED that

      1. Plaintiff IS DIRECTED either to pay the $350.00 filing fee or to file a completed application to proceed in forma pauperis, accompanied by a signed certificate and a trust account statement for the full six-month period preceding the filing of the complaint, no later than thirty days after the date of service of this order; and

      2. The Clerk of Court IS DIRECTED to send to Plaintiff with this order a copy of a blank application to proceed in forma pauperis for a person in custody; and

      3. Plaintiff is informed that a failure to comply in a timely fashion with the Court's directions will be considered to be a failure to comply with an order of the Court within the meaning of Local Rule 11-110 and may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   November 21, 2006**          **/s/ Sandra M. Snyder**
icido3                                   UNITED STATES MAGISTRATE JUDGE