UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>        Plaintiff,<br><br>   v.<br><br>MARY ALLHISER, et al.,<br><br>        Defendants. | 1:06-cv-1622-OWW-SMS<br><br>ORDER DISREGARDING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS BECAUSE ACTION HAS BEEN TRANSFERRED TO THE NORTHERN DISTRICT (DOC. 9) |

    Plaintiff's action was transferred to the United States District Court for the Northern District of California on January 4, 2007. On January 8, 2007, Plaintiff filed an application to proceed in forma pauperis.

    Because Plaintiff's action has been transferred and his case is no longer pending in this Court, it IS ORDERED that Plaintiff's application to proceed in forma pauperis BE DISREGARDED.

IT IS SO ORDERED.

**Dated:   January 10, 2007**            /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

1